IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA
formerly known as DENNIS E. JONES-EL,

                                                  ORDER

        Plaintiff,

                                              13-cv-547-bbc

    v.

WILLIAM SWIEKATOWSKI and PETER ERICKSEN,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        This case is set for trial starting on June 8, 2015.  Plaintiff Mustafa-El K.A. Ajala has filed a motion to appear at trial in street clothes.  Dkt. 52.  This court's policy is that plaintiff must make his own arrangements for street clothing by asking family members or friends to have his street clothing delivered to the office of the United States Marshal, 120 N. Henry Street, Madison, WI 53703, not later than 8 a.m., June 8, 2015.  Alternatively, plaintiff could ask prison officials to transfer his clothing to the marshal when they bring him to the courthouse for trial.  Whether they would agree to do this is a matter within their discretion.

Because defendants have not had an opportunity to respond to plaintiff's motion, they may have until May 26, 2015 to do so. Plaintiff's motion, dkt. 52, will be granted automatically barring any objection from defendants.

Entered this 19th day of May, 2015.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge