IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MUSTAFA-EL K.A. AJALA,

    Plaintiff,

v.

WILLIAM SWIEKATOWSKI
AND PETER ERICKSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-547-bbc

---

This action came for consideration before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this  9th  day of June, 2015.


_____
Barbara B. Crabb
District Judge


_____    6/12/15
Peter Oppeneer, Clerk of Court    Date